IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GLORIA ABIODUN SESAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:12-0585 Judge Trauger |
| DIRECT GENERAL INS. CO., | ) ) | Magistrate Judge Knowles |
| Defendant. | ) | |

**O R D E R**

On May 23, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 31), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment (Docket No. 25) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

The trial scheduled for July 30, 2013 is removed from the court's calendar.

It is so **ORDERED**.

ENTER this 18th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge