UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GLORIA ABIODUN SESAY | |
| Plaintiff, | Case No. 3:12-cv-0585 |
| | Judge Trauger |
| v. | |
| DIRECT GENERAL INS. CO. | |
| Defendants. | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on June 18, 2013.

     KEITH THROCKMORTON, CLERK

     s/ Leathelia Fernandez Allen